

# THE THIRTEENTH COURT OF APPEALS

13-14-00630-CV

Anthony Paul Troiani
v.
Christine Yvette Troiani

On appeal from the
444th District Court of Cameron County, Texas
Trial Cause No. 2013-DCL-4275-H

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be reversed and rendered in part and affirmed in part. We REVERSE that part of the judgment ordering appellant to pay the costs for the parties' minor son D.T. to attend private school for the 2014-2015 school year including extracurricular activities and RENDER judgment that appellee take nothing on her claim to modify child support. We otherwise AFFIRM the trial court's judgment. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

September 8, 2016.